No. 11–628.  SUSKO, DBA ROSEMONT MANOR v. CITY OF WEIRTON, WEST VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–636.  WILTZ ET AL. v. BAYER CROPSCIENCE, LP, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–637.  SCHELLENBERG ET AL. v. TOWNSHIP OF BINGHAM, MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–638.  RUES v. DENNEY, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 11–639.  SMITH v. T. D. AMERITRADE, INC., ET AL.  Ct. App. N. C.  Certiorari denied.

No. 11–650.  BAGLEY v. BAGLEY, NKA BAGLEY-BARNETT.  Ct. App. Ohio, Greene County.  Certiorari denied.

No. 11–655.  TEXAS ENTERTAINMENT ASSN. ET AL. v. COMBS, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 11–656.  BARBER ET AL. v. PAYCHEX, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–658.  HCR MANORCARE, INC., ET AL. v. ZOUHARY, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 11–668.  WYTHE II CORP. v. STONE, DBA STONE & STONE.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 11–676.  SITANGGANG v. COUNTRYWIDE HOME LOANS, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

